**E-FILED**
Tuesday, 15 January, 2008  04:14:23 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES  DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | | |
|---|---|---|
| HAROLD JORDAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **Case No. 07-2007** |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| Defendant. | ) | |

# REPORT AND RECOMMENDATION

In September 2006, Administrative Law Judge Gerald Ricket (hereinafter "ALJ") denied disability insurance benefits to Plaintiff Harold Jordan.  The ALJ based his decision on findings that Plaintiff was not disabled within the meaning of the Social Security Act and he was capable of performing a significant number of jobs available in the national economy.

In January 2007, Plaintiff filed a Complaint (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny him social security benefits.  In September 2007, Plaintiff filed a Motion for Summary Judgment (#11).  In October 2007, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#12).

After reviewing the administrative record and the parties' memoranda, this Court recommended denial of Plaintiff's Motion for Summary Judgment (#11).  Consistent with the Court's reasoning in the Report and Recommendation (#14) denying motion (#11), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#12)** be **GRANTED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after service of a copy of this recommendation.  *See* 28 U.S.C. 636(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 15th day of January, 2008.

_____
                    s/ DAVID G. BERNTHAL
                    U.S. MAGISTRATE JUDGE